NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1113

VENTURE INDUSTRIES CORPORATION,

Plaintiff-Appellant,

and

VEMCO, INC., PATENT HOLDING COMPANY,
and LARRY J. WINGET,

Plaintiffs,

v.

AUTOLIV ASP, INC. (successor to Morton International, Inc.),

Defendant-Appellee.

John E. Anding, Drew Cooper & Anding, of Grand Rapids, Michigan, argued for plaintiff-appellant. With him on the brief were Thomas V. Hubbard and Theodore J. Westbrook.

Cyrus Amir-Mokri, Skadden, Arps, Slate, Meagher & Flom LLP, of New York, New York, argued for defendant-appellee. With him on the brief was Peter E. Greene.

Appealed from: United States District Court for the Eastern District of Michigan

Senior Judge Avern Cohn

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1113

VENTURE INDUSTRIES CORPORATION,

Plaintiff-Appellant,

and

VEMCO, INC., PATENT HOLDING COMPANY,
and LARRY J. WINGET,

Plaintiffs,

v.

AUTOLIV ASP, INC. (successor to Morton International, Inc.),

Defendant-Appellee.

# Judgment

ON APPEAL from the     United States District Court for the Eastern District of Michigan

in CASE NO(S).     99-CV-75354

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (DYK, PROST, and MOORE, Circuit Judges).

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED July 10, 2008          /s/ Jan Horbaly
                               Jan Horbaly, Clerk